**Dismissed and Opinion Filed April 19, 2024**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-23-00952-CV

---

### REGINALD PALMER, Appellant
### V.
### IRVING BLVD REAL ESTATE, LLC, Appellee

---

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-23-04049-A**

---

## MEMORANDUM OPINION

Before Justices Reichek, Goldstein, and Garcia
Opinion by Justice Goldstein

Appellant's brief in this case is overdue. After appellant failed to respond to our inquiry regarding the reporter's record, we ordered the appeal submitted without a reporter's record and for appellant's brief to be filed by March 10, 2024. By postcard dated March 12, 2024, we informed appellant his brief was overdue and directed appellant to file a brief within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed a brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


230952f.p05

/Bonnie Lee Goldstein/
BONNIE LEE GOLDSTEIN
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

REGINALD PALMER, Appellant

No. 05-23-00952-CV     V.

IRVING BLVD REAL ESTATE, LLC, Appellee

On Appeal from the County Court at Law No. 1, Dallas County, Texas Trial Court Cause No. CC-23-04049-A.

Opinion delivered by Justice Goldstein. Justices Reichek and Garcia participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 19th day of April, 2024.